AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

FRANCISCO JAVIER TABARES,

    Petitioner,       JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-cv-00504-BES-RAM**

STATE OF NEVADA, et al.,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to obey this Court's order of April 11, 2008.


  June 18, 2008                                                   **LANCE S. WILSON**
                                                                                         Clerk


                                                                                     /s/ Kalani Lizares
                                                                                        Deputy Clerk